### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| BARRY KELLY and ALYCE KELLY ) ) ) | |
| Plaintiffs, ) ) | CIVIL ACTION FILE NO.: 20EV002210 |
| vs. ) ) | |
| SOTHERLY HOTELS, INC. THE AMERICAN INSURANCE COMPANY and JOHN DOE ) ) ) ) | |
| Defendants. ) | |

### NOTICE OF REMOVAL

**COME NOW** Defendants Sotherly Hotels, Inc. and The American Insurance Company (hereinafter referred to as "Defendants"), by and through undersigned counsel, and respectfully file this Notice of Removal to remove to this Honorable Court an action initiated against it in the State Court of Fulton County, Georgia pursuant to the provisions of 28 U.S.C. §§1332 and 1441. In support hereof, Defendants show this Honorable Court as follows:

1.  This action is removable to Federal District Court pursuant to 28 U.S.C. §1332 based upon diversity jurisdiction as this is a civil action in which

Plaintiff contends that the amount in controversy exceeds the sum of $75,000.00, and as this case presents a controversy between citizens of different States.

2. On or about April 13, 2020, Plaintiffs filed the instant action against Defendants Sotherly Hotels, Inc., The American Insurance Company, and John Doe in the State Court of Fulton County, Georgia.

3. Defendants Sotherly Hotels, Inc. and The American Insurance Company received a copy of the lawsuit from Plaintiffs' counsel on or about April 14, 2020.

4. In accordance with 28 U.S.C. §1446(a), a copy of the Complaint filed in the State Court action is attached hereto as Exhibit A.

5. In accordance with 28 U.S.C. §1446(d), Defendant has given prompt written notice to all adverse parties and has filed a separate Notice of Removal with the Clerk of State Court of Fulton County, Georgia contemporaneously with the filing of this Notice. Copies of the aforementioned Notices are attached hereto as Exhibits B and C.

6. This Notice is being filed pursuant to 28 U.S.C. §1446(b), within thirty (30) days of Defendants' receipt and notice of the Complaint filed in the original State Court action. All Defendants have consented to this removal.

7. Plaintiffs are residents and citizens of the State of Louisiana.

8.  Defendant Sotherly Hotels, Inc. is a Maryland corporation with its principal place of business in Williamsburg, Virginia.

9.  Defendant The American Insurance Company is a Nebraska corporation with its principal place of business in Chicago, Illinois.

10. Plaintiffs have submitted a demand in excess of $500,000 in this case.

11. This action is a civil action in which this Honorable Court has original jurisdiction under the provisions of Title 28 of the United States Code, §1332 in that it is a civil action in which the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and is between citizens of different states. Accordingly, this action is removable to this Honorable Court pursuant to 28 U.S.C. §1441.

WHEREFORE, Defendant prays that the State Court of Gwinnett County, Georgia proceed no further with *Barry Kelly and Alyce Kelly v. Sotherly Hotels, Inc., The American Insurance Company and John Doe,* Civil Action File No: 20EV002210, and that said action be removed to this Honorable Court. Defendants further requests a trial by jury with respect to all issues so triable.

Respectfully submitted this 28th day of April 2020.

                                            */s/ Eric M. Jenniges*
                                            RONALD F. NEGIN, ESQ.
                                            Georgia Bar No. 537190
                                            ERIC M. JENNIGES, ESQ.

- 4 -

                    Georgia Bar No. 222426
                    JABARI C. ROLLINS
                    Georgia Bar No. 354197
                    ***Counsel for Sotherly Hotels, Inc. &***
                    ***The American Insurance Company***

**BUSBY & NEGIN, INC.**
8200 Roberts Drive
Suite 201
Atlanta, GA  30350
Telephone:  (470) 275-3042
Facsimile:  (404)529-4399

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing ***NOTICE OF REMOVAL*** upon all parties to this matter electronically filing it with the CM/ECF Electronic Case Filing System which will automatically send email notification of such filing to:

> Randall E. Fry, Esq.
> The Fry Law Firm
> 1720 Peachtree St. NW Suite 500
> Atlanta Georgia 30309

Respectfully submitted, this 28th day of April 2020.

                                            */s/ Eric M. Jenniges*
                                            RONALD F. NEGIN, ESQ.
                                            Georgia Bar No. 537190
                                            ERIC M. JENNIGES, ESQ.
                                            Georgia Bar No. 222426
                                            JABARI C. ROLLINS
                                            Georgia Bar No. 354197
                                            ***Counsel for Sotherly Hotels, Inc. &***
                                            ***The American Insurance Company***

**BUSBY & NEGIN, INC.**
8200 Roberts Drive
Suite 201
Atlanta, GA  30350
Telephone:  (470) 275-3042
Facsimile:   (404)529-4399