# **EXHIBIT A**

State Court of Fulton County
**E-FILED**
20EV002210
4/13/2020 2:57 PM
LeNora Ponzo, Clerk
Civil Division

IN THE STATE COURT OF FULTON COUNTY

STATE OF GEORGIA

| | |
|---|---|
| BARRY KELLY and <br> ALYCE KELLY <br><br> Plaintiffs <br> v. <br><br> SOTHERLY HOTELS, INC. <br> THE AMERICAN INSURANCE <br> COMPANY and JOHN DOE <br><br> Defendants | ) <br> ) <br> ) <br> ) <br> )    CIVIL ACTION <br> )    FILE NO: <br> ) <br> ) <br> ) <br> ) <br> ) |

## COMPLAINT FOR DAMAGES

**COMES NOW** Barry Kelly and Alyce Kelly (hereinafter referred to as "Plaintiffs"), Plaintiffs in the above-styled action, and files this, their Complaint for Damages against the above-named Defendants, John Doe, Sotherly Hotels, Inc., and The American Insurance Company, and, in support thereof, respectfully shows this Honorable Court as follows:

1.

Plaintiffs reside at 915 East Mt. Pleasant Road, Zachary, Louisiana 70791, and have been residents of the State of Louisiana at all times relevant hereto.

2.

Named herein as a Defendants are:

**Sotherly Hotels, Inc.,** a foreign corporation, authorized to do and doing business in the State of Georgia, whose agent for service of process is Corporation Service Company, 40 Technology Parkway South, Suite 300, Norcross, Georgia, 30092;

**The American Insurance Company,** a foreign insurer, authorized to do and doing business in the State of Georgia, whose agent for service of process is Twilla Sawyer-Pate, c/o CT Corporation System, 289 South Culver Street, Lawrenceville, Georgia, 30046; and

**John Doe**, an individual believed to be of the legal age of majority and resident of the State of Georgia whose identity is not yet known.

Defendants are subject to the jurisdiction and venue of this court.

3.

On or about April 14, 2018, Barry Kelly was a guest of Sotherly Hotels, Inc. doing business as "The Georgian Terrace Hotel" located at 659 Peachtree St NE, Atlanta, GA 3030.

4.

On the above-stated date and place, Barry Kelly was lawfully and properly on the grounds of "The Georgian Terrace Hotel." On said date at approximately 11:00 p.m. EST, Barry Kelly was standing inside the hotel lobby when defendant, John Doe, a male hotel employee, rounded a corner with a portable drink station and forcefully pushed the aforesaid station into Barry Kelly's back causing his body to be knocked forward.

5.

The cause of plaintiffs' injuries was due to the negligence and fault of the defendant, John Doe, in the following non-exclusive particulars:

   a.   failing to maintain control of the drink cart;
   b.   failing to keep a proper look-out while pushing a drink cart;
   c.   performing his job duties in a careless, reckless, negligent and dangerous manner. usage;
   d.   failure, generally to maintain the standard of care required in the above described situation and
   d.   other violations and acts of negligence which will be shown at the trial of this matter rendering the defendant liable for plaintiffs' injuries.

2

6.

As a result of the negligence of defendant, John Doe, Barry Kelly received severe injuries of body and mind, and still suffers, and will continue to suffer, great physical and mental pain in the future.

7.

Plaintiff suffered immediate, continuing, and permanent injuries to his low back, which causes extreme and disabling pain, all directly and proximately caused by the aforesaid negligence of the defendant, John Doe.

8.

As a direct and proximate cause of the negligence of defendant, John Doe, the Plaintiff has incurred medical expenses to date, and will continue to incur medical expenses into the future.

9.

Barry Kelly is entitled to just compensation from the defendants for his damages including, but not limited to:

a. past medical expenses;
b. future medical expenses;
c. travel expenses;
d. physical pain and suffering (past and future);
e. mental pain and anguish (past and future);
f. physical impairment & disfigurement;
g. past lost wages;
h. future lost wages & earning capacity;
i. loss of enjoyment of life;
j. society (companionship, affection, sexual relations); loss of support and services.

10.

At all times pertinent to this petition, Alyce Kelly was and is the lawful spouse of Barry Kelly. She has suffered a loss of consortium, services and society due to the injuries of her husband complained of herein for which she is entitled to be justly compensated.

11.

At the time of the above-described incident, John Doe was in the course and scope of his employment with Sotherly Hotels, Inc; therefore, Sotherly Hotels, Inc. is responsible for its employee's actions pursuant to the doctrine of respondeat superior, agency or apparent agency.

12.

At all pertinent times hereto John Doe and Sotherly Hotels, Inc. were insured with a policy of liability insurance from The American Insurance Company.

**WHEREFORE**, Plaintiffs pray as follows:

a. Let Summons and Process be issued and served upon Defendants, as required by law;

b. The Court enter judgment in favor of Plaintiffs and against Defendants for general and special damages as described herein in an amount to be determined by the enlightened conscience of the jury;

c. For Plaintiffs to be awarded the costs of this action;

d. For any such other and further relief that the Court or jury deems just and equitable.

e. Plaintiffs be awarded attorney's fees and expenses of litigation in accordance with O.C.G.A. 13-6-11.

4

**PLAINTIFF DEMANDS A TRIAL BY JURY.**

Respectfully submitted this 13th day of April, 2020.

**THE FRY LAW FIRM**

*s/Randall E. Fry*
Randall E. Fry
Georgia Bar No. 278799
Attorney for Plaintiffs
1720 Peachtree St. NW
Suite 500
Atlanta, GA 30309
Telephone: 404-969-1284
Facsimile: 404-969-1285