IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| BARRY KELLY, and ALYCE KELLY, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | CIVIL ACTION NO. |
| | : | 1:20-CV-1836-LMM |
| v. | : | |
| | : | |
| | : | |
| SOTHERLY HOTELS, INC. and JOHN DOE, | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

      This case comes before the Court on Plaintiff's Motion to Remand [18] and the parties' Consent Stipulation to Remand [20]. The parties have notified the Court that Plaintiffs intend to name an additional defendant who is a resident and citizen of Georgia. Dkt. No. [20]. This addition will strip the Court of diversity jurisdiction. 28 U.S.C. § 1332; Newman-Green, Inc. v. Alfonzo-Larrain, 490 U.S. 826, 829 (1989) ("When a plaintiff sues more than one defendant in a diversity action, the plaintiff must meet the requirements of the diversity statute for each defendant or face dismissal."); Mendez v. Jarden Corp., 503 F. App'x 930, 936 (11th Cir. 2013) ("[I]n a removal case, a plaintiff can destroy diversity by joining a non-diverse defendant."). Acknowledging this, the parties have jointly stipulated to a remand. Dkt. No. [20].

Accordingly, Plaintiff's Motion to Remand [18] is **GRANTED**. The Clerk is **DIRECTED** to close this case, and **REMAND** this matter to the State Court of Fulton County.

**IT IS SO ORDERED** this 5th day of June, 2020.

_____
**Leigh Martin May**
**United States District Judge**